```
                                          FILED
                                    CLERK, U.S. DISTRICT COURT

                                         JAN 28 2009

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY  mk              DEPUTY
```

1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   DANIEL S. GOODMAN (Cal. State Bar No. 126728)
4  Assistant United States Attorney
   Deputy Chief, Criminal Division
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California  90012
        Telephone:  (213) 894-4667
7       Facsimile:  (213) 894-0141
        E-Mail:  daniel.goodman@usdoj.gov
8
   Attorneys for Complainant
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  IN THE MATTER OF THE          )  No. 09-147M
    EXTRADITION OF                )
13                                )  [PROPOSED] ORDER GRANTING
    RICHARD JOHN JAMES ROBINSON,  )  GOVERNMENT'S REQUEST FOR
14      aka James Robinson,       )  DETENTION
        aka Jimmy Robinson,       )
15                                )
    A Fugitive from the           )
16  Government of the United      )
    Kingdom.                      )
17  _____)

18       Upon consideration of the request of the United States for

19  the detention of fugitive RICHARD JOHN JAMES ROBINSON pending

20  extradition proceedings, and good cause appearing therefor,

21       IT IS HEREBY ORDERED that, as stated in court at the initial

22  appearance on January 28, 2009, said request is GRANTED without

23  prejudice.  This order is based upon the following conclusions of

24  law and findings of fact:

25       1.   In foreign extradition matters there is a presumption

26  against bail and only "special circumstances" will justify

27  release on bail.  United States v. Salerno, 878 F.2d 317, 317

28  (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d
    1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d

1225, 1228 (9th Cir. 1984). The burden of showing special circumstances rests upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court finds that no such "special circumstances" exist.

2. Because the Court finds no special circumstances to be present, it does not reach the issues of flight risk and danger to the community.

IT IS SO ORDERED.

DATED: __1/28__, 2009

*[signature]*
HONORABLE FERNANDO M. OLGUIN
United States Magistrate Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney

_____
DANIEL S. GOODMAN
Assistant United States Attorney